**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**
Criminal 06-133 PAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   **ORDER AMENDING**
                                         **JUDGMENT**

Loucinda C. Denzen,

        Defendant.

_____

     **IT IS HEREBY ORDERED** that the Sentencing Judgment entered in this case on December 13, 2006, is amended as to the remaining balance of restitution owed. The Judgment reflected the incorrect total due at the time of sentencing. The outstanding balance remaining at the time of sentencing is $272,079.71. Interest requirement is waived.

     All other terms, conditions and recommendations of the Sentencing Judgment remain in effect.

Date: August __7__, 2007

                                                      s/Paul A. Magnuson
                                                      PAUL A. MAGNUSON
                                                      United States District Court Judge